**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09-cv-226-FDW-DSC**

| | |
|---|---|
| **ANSON CONTRACTORS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| **CHARAH, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Case Management

Order entered by this Court in the above captioned matter and for good cause shown,

IT IS HEREBY ORDERED that the Case Management Order shall be modified to allow

the Parties additional time, up to and including August 13, 2009, in which to comply with the

requirements of Rule 26(a) of the Federal Rules of Civil Procedure.

**SO ORDERED**.                    Signed: July 30, 2009

David S. Cayer
United States Magistrate Judge